**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


Darren Brady

    v.                                              Civil No. 20-cv-208-PB

Wendy E. Roberts et al.


**REPORT AND REOMMENDATION TO DISMISS CASE SUA SPONTE**

    This is a civil rights action under 42 U.S.C. § 1983 in which the plaintiff, Darren Brady, proceeding pro se, alleges that the defendants unlawfully arrested and prosecuted him, in violation of his constitutional rights.  Compl. (Doc. No. 1).

    On April 6, 2021, the court held a telephonic preliminary pretrial conference, following service of Mr. Brady's complaint, to set a schedule for the parties to issue discovery, file motions, and have a trial in this case.  Mr. Brady did not appear at this conference, and efforts to contact Mr. Brady at his provided Florida and New Hampshire addresses were unsuccessful.  As a result, no schedule was set, and the preliminary pretrial conference was continued until a later date.  See Apr. 6, 2021 Endorsed Order.

    On April 15, 2021, the court again held a telephonic preliminary pretrial conference in this matter, at which Mr. Brady did not appear.  The court recognized that, despite Mr. Brady's past diligence, the court had received no updates

1

about Mr. Brady's status or whereabouts since February 25, 2021, when Mr. Brady informed the Clerk's Office, in an unrelated litigation, that he was hospitalized.  See Feb. 25, 2021 Endorsed Order, Brady v. Weeks Medical Ctr., No. 19-cv-655-SM. It also noted that, on April 6, 2021, the Clerk's Office had contacted the Florida hospital where Mr. Brady purportedly had resided and learned that he had left the facility.

In light of these events, the court ordered Mr. Brady to show cause as to why it should not dismiss his case due to his failure to prosecute or otherwise comply with the court's orders.  See April 26, 2021 Show Cause Order (Doc. No. 14) (citing Fed. R. Civ. P. 41(b)).  In doing so, the court warned Mr. Brady that his failure to comply could result in the sua sponte dismissal of Mr. Brady's claims with prejudice.  See id. On May 25, 2021, Mr. Brady responded by maintaining that he was still in the "Orlando Health Hospital with COVID-19" and that "the reason to allow [his] cases to move forward is simply cause [sic] of the face of justice."  Brady Response (Doc. No. 17).

Taking Mr. Brady at his word, the court again directed Mr. Brady "to update the court as to his hospitalization or any other circumstances affecting his ability to prosecute his claims on or before July 21 2021."  June 2, 2021 Endorsed Order. The court also reminded Mr. Brady that "[f]ailure to timely do so may result in the sua sponte dismissal of [his] claims with

prejudice.  Id. (citing Fed. R. Civ. P. 41(b)).  Copies of this Endorsed Order were sent to Mr. Brady's Florida and New Hampshire addresses.  Mr. Brady, however, did not respond.

To date, Mr. Brady has repeatedly fallen short of his obligation to update the court as to his health status and his future ability to participate in any of his active proceedings.  Nor has he adequately explained his purported inability to telephonically participate in court events or his failure to prosecute his case remotely.

Given Mr. Brady's failure to prosecute his claims, his failure to comply with the court's orders, and the court's repeated warnings as to the consequences of Mr. Brady's failures, the District Judge should dismiss this matter, sua sponte, without prejudice to Mr. Brady's ability to bring the claims asserted in this matter in a future complaint, unless Mr. Brady sufficiently demonstrates that he can prosecute his claims and comply with his obligations under the Federal Rules and the court's orders.  Any objections to this Report and Recommendation must be filed within thirty days of receipt of this notice.  The thirty-day period may be extended upon motion.  Failure to file an objection within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

**SO ORDERED.**

_____
Andrea K. Johnstone
United States Magistrate Judge

July 9, 2021

cc: Darren Brady, pro se
    Brian J.S. Cullen, Esq.

4